ERIN J. RADEKIN
Attorney at Law  - SBN 214964
428 J Street, Suite 350
Sacramento, California 95814
Telephone: (916) 446-3331

Attorney for Defendant
MELISA INCLETO

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **Mag. No. 07-61 EFB** |
| Plaintiff, | ) | **MOTION FOR CONTINUANCE** |
| vs. | ) | **OF TRIAL; STIPULATION AND** |
| | ) | **ORDER** |
| **MELISA INCLETO, et al,** | ) | |
| Defendants. | ) | |
| _____ | ) | |

–o0o–

IT IS HEREBY STIPULATED by and between Certified Law Student Gretchen Boger, (supervised by Assistant United States Attorney MATTHEW C. STEGMAN), counsel for plaintiff, and Attorney Erin J. Radekin, counsel for defendant MELISA INCLETO, Attorney TARA ALLEN for defendant MARK CALLEJO, and Attorney JOHN MANNING, for defendant EMARD INCLETO that the bench trial currently set for May 22, 2007 at 10:00 a.m. in courtroom 25 be vacated and that the matter be continued to June 26, 2007 at 10:00 a.m., with trial briefs due one week prior to the June 26th trial date.

This continuance is requested by Ms. Radekin in order to allow her additional time for trial preparation and review of the plea agreement, as she did not receive the discovery or the plea agreement until around May 9, 2007.  Further, all defense counsel concur in this request to permit further negotiations with the government and trial preparation for all defendants.

1       IT IS FURTHER STIPULATED that time for trial under the Speedy Trial Act, 18

2   U.S.C. § 3161 et seq. be tolled pursuant to § 3161(h)(8)(A) and (B)(iv), Local Code T-4

3   (time to prepare), and that the ends of justice served in granting the continuance and allowing

4   the defendant further time to prepare outweigh the best interests of the public and the

5   defendants in a speedy trial.

6       The Court is advised that all counsel have conferred about this request, that they have

7   agreed to the June 26, 2007 date, and that they have authorized the signing of the stipulation.

8   Certified Law Student Gretchen Boger has authorized Ms. Radekin to sign this stipulation on

9   Mr. Stegman's behalf.

10

11
Dated: May 11, 2007            McGREGOR W. SCOTT
12                                       United States Attorney

13                           By:  /s/ Matthew C. Stegman
14                                 MATTHEW C. STEGMAN
                                Assistant U.S. Attorney

15 Dated: May 11, 2007             /s/ Erin Radekin
16                               ERIN RADEKIN
                              Attorney for Defendant
17                               MELISA INCLETO

18 Dated: May 11, 2007             /s/ Tara Allen
                              TARA ALLEN
19                               Attorney for Defendant
                              MARK CALLEJO

20 Dated: May 11, 2007             /s/ John Manning
21                               JOHN MANNING
                              Attorney for Defendant
22                               EMARD INCLETO

23

24

25

26

27

28

1

## **ORDER**

2      IT IS HEREBY ORDERED that the bench trial currently set for May 22, 2007 at

3   10:00 a.m. is VACATED and the matter continued until June 26, 2007 at 10:00 a.m. for

4   bench trial; and that trial briefs be filed on week prior to June 26, 2007.

5   Dated: May 14, 2007.

6

7                                 HON. EDMUND F. BRENNAN
                                  United States Magistrate Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3