1  ERIN J. RADEKIN
   Attorney at Law  - SBN 214964
2  428 J Street, Suite 350
   Sacramento, California 95814
3  Telephone: (916) 446-3331

4  Attorney for Defendant
   MELISA INCLETO

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**, ) | **Mag. No. 07-61 EFB** |
| ) | |
| Plaintiff, ) | **MOTION FOR CONTINUANCE** |
| ) | **OF TRIAL; STIPULATION AND** |
| vs. ) | **ORDER** |
| ) | |
| **MELISA INCLETO, et al,** ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

–o0o–

IT IS HEREBY STIPULATED by and between Certified Law Student Gretchen Boger, (supervised by Assistant United States Attorney MATTHEW C. STEGMAN), counsel for plaintiff, and Attorney Erin J. Radekin, counsel for defendant MELISA INCLETO, Attorney TARA ALLEN for defendant MARK CALLEJO, and Attorney JOHN MANNING, for defendant EMARD INCLETO that the bench trial currently set for June 26, 2007 at 10:00 a.m. in Courtroom No. 25 be vacated and that the matter be continued to July 31, 2007 at 10:00 a.m., with trial briefs due one week prior to the July 31st trial date.

This continuance is requested by Ms. Radekin because the government is going to provide additional discovery.  Further, all defense counsel concur in this request to permit further negotiations with the government and trial preparation for all defendants.

////

IT IS FURTHER STIPULATED that time for trial under the Speedy Trial Act, 18 U.S.C. § 3161 et seq. be tolled pursuant to § 3161(h)(8)(A) and (B)(iv), Local Code T-4 (time to prepare), and that the ends of justice served in granting the continuance and allowing the defendant further time to prepare outweigh the best interests of the public and the defendants in a speedy trial.

The Court is advised that all counsel have conferred about this request, that they have agreed to the July 31, 2007 date, and that they have authorized the signing of the stipulation. Certified Law Student Gretchen Boger has authorized Ms. Radekin to sign this stipulation on Mr. Stegman's behalf.

Dated: June 15, 2007        McGREGOR W. SCOTT
                            United States Attorney

                            By: /s/ Matthew C. Stegman
                            MATTHEW C. STEGMAN
                            Assistant U.S. Attorney

Dated: June 15, 2007        /s/ Erin Radekin
                            ERIN RADEKIN
                            Attorney for Defendant
                            MELISA INCLETO

Dated: June 15, 2007        /s/ Tara Allen
                            TARA ALLEN
                            Attorney for Defendant
                            MARK CALLEJO

Dated: June 15, 2007        /s/ John Manning
                            JOHN MANNING
                            Attorney for Defendant
                            EMARD INCLETO

## **ORDER**

IT IS HEREBY ORDERED that the bench trial currently set for June 26, 2007 at 10:00 a.m. is CONTINUED to July 31, 2007 at 10:00 a.m. for bench trial; and that trial briefs be filed on week prior to July 31, 2007.

Dated: June 21, 2007.

_____
HON. EDMUND F. BRENNAN
United States Magistrate Judge