```
 1  McGREGOR W. SCOTT
    United States Attorney
 2  MATTHEW C. STEGMAN
    Assistant U.S. Attorney
 3  CAELY E. FALLINI
    Certified Law Student
 4  501 I Street, Suite 10-100
    Sacramento, California 95814
 5  Telephone: (916) 554-2807

 6

 7              IN THE UNITED STATES DISTRICT COURT

 8            FOR THE EASTERN DISTRICT OF CALIFORNIA

 9

10  UNITED STATES OF AMERICA,    )   Mag. No. 07-061 EFB
                                 )
11          Plaintiff,           )   GOVERNMENT'S MOTION TO DISMISS
                                 )   WITH PREJUDICE AND
12      v.                       )   ORDER
                                 )
13  EMARD INCLETO, MELISA INCLETO)
    and MARK CALLEJO,            )   DATE:  July 31, 2007
14                               )   TIME:  10:00 a.m.
            Defendants.          )   JUDGE: Hon. Edmund F. Brennan
15  _____)
```

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, plaintiff United States of America, by and through its undersigned attorney, hereby moves this Honorable Court for an

///
///
///
///
///
///
///
///
///

1

1 | Order dismissing with prejudice Mag. No. 07-061 EFB.
2 | DATED: July 17, 2007
3 |
4 |                                         McGREGOR SCOTT
                                            United States Attorney
5 |
                                       By:  /S/ Matthew C. Stegman
6 |                                          MATTHEW C. STEGMAN
                                            Assistant U.S. Attorney
7 |
8 |                             O R D E R
9 |
    IT IS SO ORDERED:
10|
    DATED: July 18, 2007
11|
                                        /s/ Edmund F. Brennan
12|                                     EDMUND F. BRENNAN
                                        UNITED STATES MAGISTRATE JUDGE
13|
14|
15|
16|
17|
18|
19|
20|
21|
22|
23|
24|
25|
26|
27|
28|